UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMOND BAILEY,

                Plaintiff,

– against –

CITY OF NEW YORK,

                Defendant.

**ORDER**

19 Civ. 1488 (ER)

RAMOS, D.J.:

The conference currently scheduled for January 8, 2020 is hereby cancelled. On December 9, 2019, the City of New York (the "City") wrote the Court to request that the matter be removed from Local Civil Rule 83.10 and to seek a pre-motion conference in anticipation of its motion for summary judgment. Doc. 14. Bailey responded to the City's letter on December 18, 2019. Doc. 16. The City's request to exempt the matter from Local Civil Rule 83.10 is granted. The City is also granted leave to file its motion. The briefing schedule is as follows: the motion is due January 31, 2020; the response is due February 28, 2020; and the reply is due March 13, 2020.

SO ORDERED.

Dated:    January 3, 2020
             New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.