```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMOND BAILEY,

                Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE OFFICERS JOHN DOES NUMBERS 1-6, and NEW YORK CITY POLICE OFFICERS JANE DOES 1-6, individually and in their official capacities,

                Defendants.

1:19-cv-01488-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

        The Court has received Defendants' letter motion dated November 18, 2020, requesting that the case be dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) [ECF No. 37]. The motion must be filed in accordance with the Local Rules of the United States District Court for the Southern District of New York, specifically Rules 7.1 and 7.2.

        Accordingly, IT IS HEREBY ORDERED that Defendants' motion is denied without prejudice to filing and service (upon Plaintiff at the address of record) of formal motion papers that comply with the relevant procedural rules.

        The Clerk of Court is respectfully requested to close docket entry number 37 and mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

Date:  November 19, 2020
         New York, NY

*(signature: Mary Kay Vyskocil)*
**MARY KAY VYSKOCIL**
**United States District Judge**