UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/16/2021___
```

DAMOND BAILEY,

                              Plaintiff,

                  -against-

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, NEW YORK CITY POLICE
OFFICERS JOHN DOES NUMBERS 1-6, and NEW
YORK CITY POLICE OFFICERS JANE DOES 1-6,
individually and in their official capacities,

                              Defendants.

1:19-cv-01488-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court received the attached document in the mail *ex parte* without a cover letter or

explanation.  The Court is posting it on the public docket.

**SO ORDERED.**

**Date:  April 16, 2021**
**        New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

 **NYC Department Of Education**

**Student Transcript**

DEWITT CLINTON HIGH SCHOOL 

Department of Education
Carmen Fariña, Chancellor

---

**Name / ID : BAILEY, DAMOND / 269322467**
**Address :** 1420 WASHINGTON AVENUE 13D BRONX NY 10456

| | |
|---|---|
| **Ofcl :** | **Grade Level : Status : D** |
| **Admit Date :** 04/16/2015 | **Discharge Date :** 06/22/2015 |
| **DOB :** 10/02/1994 | **Graduation Date :** |
| **Rank :** | **Counselor Name :** |

**Message Area**

The DOE's citywide grading policy was revised in response to COVID-19. Contact your student's school for further information.

**2011/ Term 1**

| | | | Actual Mark | Numeric Eq | |
|---|---|---|---|---|---|
| 10X440 | E1PRE | Eng 1 | 55 | 55 | 1.00/0.00 |
| 10X440 | EW1RE | English 12 | 45 | 45 | 1.00/0.00 |
| 10X440 | FS1RE | Span 1 | 50 | 50 | 1.00/0.00 |
| 10X440 | H1PRE | Glob Hist 1 | 45 | 45 | 1.00/0.00 |
| 10X440 | ME1RE | Beg Alg 1 Reg | 50 | 50 | 1.00/0.00 |
| 10X440 | PFGRE | Phys Ed | 55* | 55 | 1.00/0.00 |
| 10X440 | SL1RE | Liv Env 1 | 45 | 45 | 1.00/0.00 |

Term Avg : **48.33%**   Term : Actual Credits / Credits Earned : **6.58 / 0.00**
Term Credits Averaged : **6.00**

**2010/ Term 2**

| | | | Actual Mark | Numeric Eq | |
|---|---|---|---|---|---|
| 10X440 | BC2PM | Comp Appl 2 SE | 55 | 55 | 1.00/0.00 |
| 10X440 | E2SQT | Eng 2 Read | 45 | 45 | 1.00/0.00 |
| 10X440 | EW2QT | Eng 2 Writ | 45 | 45 | 1.00/0.00 |
| 10X440 | H2MQT | Glob Hist 2 Incl | 45 | 45 | 1.00/0.00 |
| 10X440 | ME2QT | Beg Alg2 Incl | 45 | 45 | 1.00/0.00 |
| 10X440 | PFGP5 | Phys Ed | 55* | 55 | 0.58/0.00 |
| 10X440 | SDGQT | Gen Sci Incl | 45 | 45 | 1.00/0.00 |

Term Avg : **46.67%**   Term : Actual Credits / Credits Earned : **6.58 / 0.00**
Term Credits Averaged : **6.00**

**2010/ Term 1**

| | | | Actual Mark | Numeric Eq | |
|---|---|---|---|---|---|
| 10X440 | E1SQT | Eng 1 Read | 40 | 40 | 1.00/0.00 |
| 10X440 | EW1QT | Eng 1 Writ | 55 | 55 | 1.00/0.00 |
| 10X440 | H1MQT | Glob Hist 1 | 45 | 45 | 1.00/0.00 |
| 10X440 | ME1QT | Beg Alg1 | 45 | 45 | 1.00/0.00 |
| 10X440 | PFGP5 | Phys Ed | 40* | 40 | 0.58/0.00 |
| 10X440 | SDGQT | Gen Sci Incl | 55 | 55 | 1.00/0.00 |
| 10X440 | UP1PP | Beg. Piano | 45 | 45 | 1.00/0.00 |
| 79X695 | E20S | ENGLISH 2 | 65 | 65 | 0.00/0.00 |
| 79X695 | H20S | GLOBAL HISTORY 2 | 55 | 55 | 0.00/0.00 |
| 79X695 | ME21S | INTEGRATED ALGEBRA 1 | 75 | 75 | 0.00/0.00 |
| 79X695 | SL1S | Living Environment 1 | 70 | 70 | 0.00/0.00 |

Term Avg : **47.50%**   Term : Actual Credits / Credits Earned : **6.58 / 0.00**
Term Credits Averaged : **6.00**

**Exam Summary**

| | | | | | |
|---|---|---|---|---|---|
| 2010 | Term 2 | RCTS | | RCT SCI | F |

Cumulative : Actual Credits / Credits Earned **19.74 / 0.00**
Cumulative Average: **47.50%**   Cumulative Credits Averaged: **18.00**

---

\* Not Averaged   \*\* Weighted Grades

**Authorization:** *Julia Rodriquez*   High School



Date: **APR 0 7 2021**

Page 1 of 1   © 2021 Copyright NYC Department Of Education   2:08:26 PM  April 7, 2021